UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GLENROY WAGNER, | ) | |
|     Petitioner, | ) | No. CV 06-5948-RGK (RCF) |
| v. | ) | JUDGMENT |
| M. EVANS, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

Dated: March 13, 2009

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE